SEPTEMBER TERM, 1882.          747

Thomas *vs.* The State of Georgia.—McCord, executor, *vs.* Harden; etc.

## THOMAS *vs.* THE STATE OF GEORGIA.

1. Every indictment is sufficiently technical which states the offense in the language of the Code, or so plainly that the nature of the offense charged may be easily understood by the jury.

2. Exceptions to the form of an indictment should be made before trial. Code, §4629; 56 *Ga.*, 583; 32 *Id.*, 672.

3. Where an indictment charged that, on a day stated, the defendant committed an assault with intent to murder, using a pistol, loaded with powder and ball, being a weapon likely to produce death, on the trial an objection to all evidence going to show a shooting, for want of an allegation thereof in the indictment, was properly overruled.

October 3, 1882,

SPEER, Justice.

---

## McCORD, executor, *vs.* HARDEN.

Where one who desires to move for a new trial departs from the strict law, and procures an order allowing him thirty days from the adjournment of court within which to file an approved brief of evidence, he should comply literally with such order. Where no brief was approved and filed within thirty days, and no providential or other good cause was shown, the motion for new trial should have been dismissed, on motion, when called for a hearing. To file an unapproved brief is not a compliance with the order. 68 *Ga.*, 815; 57 *Id.*, 193.

November 14, 1882,

SPEER, Justice.

---

## STARR *vs.* DAVIS, receiver.

A draft is only a debt due by the drawer and acceptors to the payee. An assignment by acceptors which gave preference "to creditors who have money on deposit or on call, or to their credit on uncollected balances from the sales of cotton," would not include a creditor who had an ordinary acceptance from said firm.

(*a.*) The fact that the drawer, who had a large account for other advances with the acceptors, delivered to the acceptors produce to be sold on his account, would not be sufficient to bring the payee within the class of preferred creditors.

September 26, 1882.

CRAWFORD, Justice.